UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ADAM STOKES, on behalf of himself and others similarly situated,<br><br>             Plaintiff,<br><br>        v.<br><br>SKYFINEUSA, LLC, a Utah Limited Liability Company, and DOES 1-100, inclusive,<br><br>             Defendants. | No. 2:23-cv-00065 WBS DB<br><br><br>ORDER |

----oo0oo----

On or before April 3, 2023, the parties shall submit simultaneous supplemental briefing addressing whether the $75,000 amount in controversy requirement for diversity jurisdiction is satisfied.  See Urbino v. Orkin Servs. of Cal., Inc., 726 F.3d 1118 (9th Cir. 2013); Gibson v. Chrysler Corp., 261 F.3d 927 (9th Cir. 2001).  The parties should be prepared to discuss this issue at the scheduling conference set for April 10, 2023.

         IT IS SO ORDERED.

Dated:  March 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1